August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE MATTER OF H.A.S., Appellant

NO. 14-14-00650-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, In the Matter of H.A.S.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.